## JAMES R. HOMOLA
ATTORNEY AND COUNSELOR AT LAW
2950 MARIPOSA, SUITE 250
FRESNO, CALIFORNIA 93721

FAX (559) 441-7115
TELEPHONE (559) 441-7111




Date:       May 17, 2019

To:         Honorable Dale A. Drozd
            United States District Court Judge

From:       James R. Homola

Re:         Advance Authorization for Professional Services

It is requested that advance authorization be granted to obtain services under Subsection (e)(3) of the Criminal Justice Act (18 USC § 3006A) as follows:

CASE NAME:      US v Kyle Sarver
                19 CR 084 DAD-BAM

EXPERT NAME:    MAXIMUS MEDIA
                Audio-visual production
                2727 N Grove Industrial Drive
                Fresno, CA 93727

TYPE OF EXPERT:    Media production

## REASONS FOR APPPLICATION

## CHARGES

Count 1 - 18 USC§924(c) - Carrying a firearm during a drug crime.

Count 2 - 18USC§922(g) - Felon in possession of ammunition

Count 3 - 21 USC§841(a)(1) - Possession of methamphetamine with intent to distribute

STATUS:    A trial date has not been set in this case.

PROPOSED EXPENDITURE AND JUSTIFICATION:

Payment in the amount of $750 is necessary to provide fair compensation for the services of Maximus Media to print the encrypted discovery received in this case in usable form, after all other efforts to do so have been unavailing. These efforts, and the difficulties encountered, are detailed below.

Repeated efforts to print the encrypted media from the CD provided by the government were unsuccessful. While the designated password allowed files to be opened, the files (approximately 60-70 individual files, many consisting of only one or two pages) could not be printed. Each attempt generated an error message, and required shutting down and restarting the printer. Attempts to print individual pages of the documents produced the same result. The printing service at Office Depot was likewise able to access the files, but unable to print them.

The Hewlett-Packard computer and Canon printer used by this office have been currently serviced, and function properly in all other respects, including producing the discovery in similar format in other cases. The US Attorney's Office is unwilling to provide the material, which appears to be approximately 300 pages, in printed form.

APPLICATION HISTORY:

Application No. 1
Amount previously requested: 0
Amount previously approved: NA

ESTIMATED COMPENSATION: $750

\* \* \* \* \*

Advance authorization to incur expenses for expert services is hereby approved in the amount of $ 750.00 .

Dated: 6/9/19

*/s/ Dale A. Drozd*
Dale A. Drozd
Judge, U.S. District Court