UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE ALLEN SARVER,<br><br>Defendant. | No.  1:19-cr-00084-DAD-BAM<br><br>ORDER REFERRING DEFENDANT SARVER'S INQUIRY TO THE OFFICE OF THE FEDERAL DEFENDER<br><br>(Doc. No. 26) |

On January 21, 2020, defendant Kyle Allen Sarver was sentenced to an aggregate term of imprisonment of 150 months following his entry of pleas of guilty to violating 18 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 924(c).  That sentence reflected a variance by the court below the applicable advisory sentencing guideline range.  Defendant Sarver is currently incarcerated at FCI Berlin in New Hampshire with an anticipated release date of January 13, 2030.

On June 12, 2024, the court received correspondence from defendant Sarver in which he apprised the court of his progress toward rehabilitation and his family circumstances, while generally inquiring as to whether he may qualify for a reduction of his sentence pursuant to any new provisions of law enacted since the time of his sentencing.  (Doc. No. 26.)  Defendant's letter makes no specific request for relief and does not cite to any legal authority.  Accordingly, there is nothing before the court to rule upon at this time.  However, the court will direct the Clerk of the

Court to forward a copy of defendant's letter (Doc. No. 26) to the Office of the Federal Defender in this district and request that office to review the matter and advise defendant Sarver of any appropriate course of action in his case. The Clerk of the Court is also directed to serve a copy of this order on the defendant at the following address:

> Kyle A. Sarver
> Reg. No. 78142-097
> FCI Berlin
> Federal Correctional Institution
> P.O. Box 9000
> Berlin, NH 03570

IT IS SO ORDERED.

Dated: **June 26, 2024**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE